# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAY SHARPE,
                              Appellant,
                    vs.
ALISHA GRUNDY,
                              Respondent.

No. 77793

FILED

JAN 13 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals jurisdictional defects. Specifically, appellant fails to identify an appealable order in the notice of appeal.

We conclude, therefore, that we lack jurisdiction, and we ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:   Hon. Joseph Hardy, Jr., District Judge
      Ray Sharpe
      Flangas Law Firm, Ltd.
      Eighth District Court Clerk

19-02939